**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Assemay Serikbay, et al.,<br>Petitioners<br>-vs-<br>Markwayne Mullin, et al.,<br>Respondents. | CV-26-5745-PHX-JFM<br><br>**Order** |

Petitioners, immigrants from Kazakhstan, have filed a Petition for Writ of Mandamus seeking orders mandating a ruling by immigration authorities on their Form I-485, Applications to Register Permanent Residence or Adjust Status. Petitioners have further filed a Motion for Expedited Briefing and Scheduling (Doc. 3), seeking a ruling on the Petition prior to the September 30, 2026 year end, at which time their selection for the 2026 Fiscal Year Diversity Immigrant Visa program would expire.

In the ordinary course, if Respondents were served today, the response to the Petition would not be due for 60 days, or until October 19, 2026, purportedly rendering the Petition moot.

**IT IS THEREFORE ORDERED**:

(A) Petitioner must serve on Respondents, in accordance with Federal Rule of Civil Procedure 4(i), copies of their Motion for Expedited Briefing and Scheduling (Doc. 3) and this Order.

(B) Respondents must respond to the Motion for Expedited Briefing and Scheduling (Doc. 3) **within ten days** of completion of both: (1) service on Respondents of the Petition (Doc. 1) and summons; and (2) service of the Motion for Expedited Briefing and Scheduling (Doc. 3) and this Order.

(C) Petitioners have seven days from service of the response to the Motion for Expedited

Briefing and Scheduling (Doc. 3) to reply thereto.

Dated: August 18, 2026

26-5745o Order 26 08 18 re Resp to MExpedBrfg.docx

James F. Metcalf
United States Magistrate Judge