**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Assemay Serikbay, et al.,
Petitioner
-vs-
Markwayne Mullin, et al.,
Respondents.

CV-26-5745-PHX-JFM

**Order**

This case has been assigned to the undersigned magistrate judge, pending consents, pursuant to 28 U.S.C. § 636(c). This chambers is located at the John M. Roll United States Courthouse in Yuma, Arizona and generally works from electronic copies of briefs. Further, consents to magistrate judge jurisdiction remain pending. Accordingly, the Court will give direction concerning chambers copies required under the Local Rules of Civil Procedure and ECF policies and procedures. In the event this case is reassigned to a district judge, this Order will no longer apply. In the event all parties consent to magistrate judge jurisdiction, further orders will be made regarding chambers copies.

**IT IS THEREFORE ORDERED** any chambers copies of filings for Magistrate Judge Metcalf must be submitted as provided herein until all parties have consented to magistrate judge jurisdiction, or until any party has requested reassignment to a district judge:

(A) Although Judge Metcalf's chambers are at the courthouse in Yuma, any chambers copies of filings for Magistrate Judge Metcalf provided pursuant to Local Civil Rule 5.4 or Section II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual must be forwarded to the following address:

Hon. James F. Metcalf
c/o Office of Clerk of Court
U.S. District Court – District of Arizona,

401 W. Washington St.,
Suite 130, SPC 1
Phoenix, AZ 85003-2118

(B) The parties are encouraged (but not required) to limit chambers copies to the categories specified in Section II(D)(3) of the ECF manual, including: "a. complaints; b. notices of removal; c. motions to dismiss and responses and replies thereto; d. motions for summary judgment and responses and replies thereto; e. motions for temporary restraining order [or preliminary relief] and supporting documents; f. sealed documents; g. documents exceeding 10 pages in length, including exhibits and attachments."

Dated: August 19, 2026

26-5745o Order 26 08 18 re Chambers Copies.docx

James F. Metcalf
United States Magistrate Judge