**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Assemay Serikbay, et al.,<br>Petitioner<br>-vs-<br>Markwayne Mullin, et al.,<br>Respondents. | CV-26-5745-PHX-JFM<br><br>**Order** |

Petitioners, immigrants from Kazakhstan, have filed a Petition for Writ of Mandamus seeking orders mandating a ruling by immigration authorities on their Form I 485, Applications to Register Permanent Residence or Adjust Status. Petitioners name as Respondents Markwayne Mullins, Joseph B. Edlow, Unknown Field Office Director, Unknown Director of USCIS Benefits Center, and Todd Blanche, Attorney General.

Petitioners have further filed a Motion for Expedited Briefing and Scheduling (Doc. 3), seeking a ruling on the Petition prior to the September 30, 2026 year end, at which time their selection for the 2026 Fiscal Year Diversity Immigrant Visa program would expire.

On August 18, 2026, the Court directed Petitioners to serve their Motion for Expedited Briefing and the Court's Order on Respondents pursuant to Fed. R. Civ. Proc. 4(i). The Court set a response deadline on the Motion for 10 days from completion of service of the Petition and Summons, and the Motion and Order. (Order 8/18/26, Doc. 7.)

Petitioner has now filed Returns of Service Executed purporting service as follows:

- On the **United States Attorney**, on August 19, 2026, by delivery, of the Summons, Petition ("Complaint"), Motion (Doc. 9), and on August 24, 2026, by mail, of the Order (Doc. 18).
- On Respondent **Markwayne Mullins**, on August 24, 2026, by mail, of the

Summons, Petition, Motion and Order. (Doc. 17.)

- On Respondent **Joseph B. Edlow**, on August 24, 2026 by mail to a street address (Doc. 19) and on August 28, 2026 by mail to a specific mail stop (Doc. 22), of the Summons, Petition, Motion and Order.
- On Respondent **Unknown Field Office Director**, on August 19, 2026, by delivery to the U.S. Attorneys Office, of the Summons, Petition, and Motion (Doc. 10) and on August 24, 2026, by mail, of the Order (Doc. 21).
- On Respondent Unknown Party **Director of USCIS Benefits Center**, on August 24, 2026 by mail, of the Summons, Petition, Motion and Order. (Doc. 20.)
- On Respondent **Todd Blanche**, Attorney General, on August 24, 2206, by mail, of the Summons as to Blanche (Doc. 15), Summonses to other Respondents (Doc. 16), Petition, Motion and Order (Docs. 15, 16).

Thus, it appears that all respondents, the U.S. Attorney General and the United States Attorney have been fully served as of August 28, 2026. Under the Court's Order, a response to the Motion for Expedited Briefing (Doc. 3) was due by September 8, 2026. To date no response has been received.

Local Civil Rule 7.2(i) provides that upon the filing of a motion if a party "does not serve and file the required answering memoranda…such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Here, Respondents have failed to timely file a response to the Motion. The Court deems such failure a consent to the granting of the motion. Moreover the Court finds good cause to accelerate the time for a response.

**IT IS THEREFORE ORDERED:**

(A) Respondents have through **<u>September 22, 2026</u>** to respond to the Petition (Doc.1).

(B) Petitioners have three days from service of the Response to reply thereto.

/ /

/ /

/ /

(C) The Clerk must forward this Order to the United States Attorney for the District of Arizona.

Dated: September 15, 2026

26-5745o Order 26 09 08 re Svc of MExped Ord.docx

James F. Metcalf
United States Magistrate Judge